GILLISPIE v. BOTTLING CO.

No. 62 PC.

Case below: 17 N.C. App. 545.

Petition for writ of certiorari to North Carolina Court of Appeals denied 30 April 1973.

HOUSING AUTHORITY v. FARABEE

No. 38 PC.

Case below: 17 N.C. App. 431.

Petition for writ of certiorari to North Carolina Court of Appeals allowed 30 April 1973.

IN RE HAWKINS

No. 40 PC.

Case below: 17 N.C. App. 378.

Petition for writ of certiorari to North Carolina Court of Appeals denied 30 April 1973. Appeal dismissed *ex mero motu* for lack of substantial constitutional question 30 April 1973.

LEE v. HENDERSON & ASSOCIATES

No. 50 PC.

Case below: 17 N.C. App. 475.

Petition for writ of certiorari to North Carolina Court of Appeals allowed 30 April 1973.

MILLER v. ENZOR

No. 55 PC.

Case below: 17 N.C. App. 510.

Petition for writ of certiorari to North Carolina Court of Appeals denied 30 April 1973.